# FORM 1.  VOLUNTARY PETITION

| United States Bankruptcy Court<br>Eastern District of California Sacramento Division | VOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor—If individual, enter Last, First, Middle)<br><br>Jaen, Ulysses Nabal | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(Include married, maiden, and trade names)<br><br>Cal Pro **D.B.A.** | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden, and trade names)<br><br>None |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>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 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br><br>9175 Kiefer Blvd #170        (916) 545-5087<br>Sacramento, CA 95826 | STREET ADDRESS OF JOINT DEBTOR (No., street, city, state, zip code) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>SACRAMENTO | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR ( If different from street address)<br>P O BOX 9004 CITY OF INDUSTRY, CA 91715 | MAILING ADDRESS OF JOINT DEBTOR ( If different from street address)<br>Same |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from address listed above)<br>N/A | VENUE (Check One Box) |
|---|---|
| | ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>□ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check Applicable Boxes)

| TYPE OF DEBTOR | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check One Box) |
|---|---|---|
| ■ Individual<br>□ Joint (Husband and Wife)<br>□ Partnership<br>□ Other_____ | □ Corporation Publicly Held<br>□ Corporation Not Publicly Held<br>□ Municipality | ■ Chapter 7    □ Chapter 11    □ Chapter 13<br>□ Chapter 9    □ Chapter 12    □ Sec. 304—Case Ancillary to Foreign Proceeding |

**NATURE OF DEBT**

■ Non-Business Consumer    □ Business—Complete A & B below

**FILING FEE (Check One Box)**

■ Filing Fee attached

□ Filing Fee to be paid in installments. (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).

**A. TYPE OF BUSINESS (Check one)**

□ Farmer        □ Professional

□ Transportation    □ Manufacturing/Mining    □ Retail/Wholesale

□ Construction    □ Real Estate        □ Other Business

**FIRM AND ADDRESS OF DOCUMENT PREPARER          ID. No.**

Court Forms    57-1949593
1333 Howe Ave #100  Sacramento, CA 95825

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

N/A

**NAME(S) OF DOCUMENT PREPARER(S)**

Aaron Hastings        (800)771-6434

■ Debtor is NOT ı

## STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604\`
(Estimates Only) (Check Applicable Boxes)

□ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds NO funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000 over |
|---|---|---|---|---|---|
| □ | □ | □ | □ | □ | □ |

**ESTIMATED ASSETS (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-4999 | 5000-9999 | 1 |
|---|---|---|---|---|---|---|
| ■ | □ | □ | □ | □ | □ | |

**ESTIMATED LIABILITIES (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-4999 | 5000-9999 | 10 |
|---|---|---|---|---|---|---|
| ■ | □ | □ | □ | □ | □ | |

**ESTIMATED NO. OF EMPLOYEES—CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 1000 over |
|---|---|---|---|---|
| □ | □ | □ | □ | □ |

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS—CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 1000 over |
|---|---|---|---|---|
| □ | □ | □ | □ | □ |

© 1999 Aaron H

99-28800-C-7
DEBTOR: ULYSSES JAEN
DEBTOR IS PRO SE
JUDGE: HON C. KLEIN
TRUSTEE  J. ROBERTS
341 MEETING (Tentative Setting)
7/30/99. 09:00 AM - usb
Official meeting notice to be mailed
CHAPTER 7  COUNTY: SACRAMENTO
FILED 6/30/99 - 01:40 PM
RELIEF ORDERED
CLERK. U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION      Jeas
RECEIPT NO: 2-9-015417    $175



## FILING OF PLAN

For Chapter 9, 11, 12, & 13 cases only. Check appropriate box

❏ A copy of debtor's proposed plan dated ___N/A___ is attached.   ❏ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | 00/00/00 |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| | | 00/00/00 |
| Relationship | District | Judge |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of Title 11, United States Code specified in this petition.

### SIGNATURES

**DEBTOR**

X _____     6·30·99
Signature of Debtor · Ulysses N. Jaen        Date

| INDIVIDUAL / JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _____ | |
| Signature of Debtor        Ulysses N. Jaen | Signature of Authorized Individual |
| | |
| Date | Print or Type Name of Authorized Individual |
| X X _____ | |
| Signature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| | |
| Date | Date |

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under Chapter 11)

❏ Exhibit "A" is attached and is made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 or 13 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11 United States Code; I understand the relief available under each such chapter, and I choose to proceed under the Chapter (7 or 13) of such Title specified on Page 1 of this Petition. If I am represented by an attorney, Exhibit "B" has been completed. If I have employed a bankruptcy petition preparer, Exhibit "C" has been completed

X _____        6·30·99
Signature of Debtor        Ulysses N. Jaen     Date

X X _____
Signature of Joint Debtor               Date

### EXHIBIT "C" (To be completed by Bankruptcy Petition Preparer)

The undersigned bankruptcy petition preparer declares that the herein PETITION has been prepared in accordance with §110 of Title 11, United States Code, with the FRBP, and in accordance with the Local Rules of this Judicial District.

Preparer: Aaron Hastings ID#57-1949593        6/25/99        Date

# United States Bankruptcy Court

## Eastern District of California

In re:

Jaen, Ulysses N.                 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

(916) 545-5087                   **, Debtor(s)**

CASE NO. : _____

(If known)

**Chapter 7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| | | | | | AMOUNTS SCHEDULED | |
| **A** | Real Property | YES | 1 | $0 | | |
| **B** | Personal Property | YES | 5 | $12,599 | | |
| **C** | Property Claimed as Exempt | YES | 1 | | | |
| **D** | Creditors Holding Secured Claims | YES | 1 | | $0 | |
| **E** | Creditors Holding Unsecured Priority Claims | YES | 2 | | $41,650 | |
| **F** | Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $46,281 | |
| **G** | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| **H** | Codebtors | YES | 1 | | | |
| **I** | Current Income of Individual Debtor(s) | YES | 1 | | | $1,000 |
| **J** | Current Expenditures of Individual Debtor(s) | YES | 1 | | | $4,716 |
| | Total Number of Sheets for All Schedules ➡ | | 18 | | | |
| | Total Assets ➡ | | | $12,599 | | |
| | Total Liabilities ➡ | | | | $87,931 | |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.      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

(916) 545-5087     **, Debtor(s)**

CASE NO. : _____

(If known)

**Chapter 7**

# SCHEDULE A—REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community Property." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G—Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or to hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint Community Property | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ➥ | $0 | |

© 1999 Aaron Hastings

(Report also on Summary of Schedules.)

In re:

Jaen, Ulysses N.       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

(916) 545-5087          **, Debtor(s)**

CASE NO. : _____
                        (If known)
                    **Chapter 7**

# SCHEDULE B—PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community Property." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed only in Schedule C—Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G—Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | NOTE: All property is located at residence unless otherwise stated.<br><br>DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Community Property | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on Hand. | ■ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift building and loan, and homestead associations, o credit unions, brokerag houses, or cooperatives. | ❑ | Ck # 0370421729/6357267996 at Wells Fargo<br>Ck #1417779994 at First Bank | | $64<br>$5 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ❑ | Nielson Properties/Landlord | | $300 |
| 4. Household goods and furnish-ings, including audio, video and computer equipment. | ❑ | Bedroom, Living & Dining Room Items<br>Home Electronics<br>Household & Houseware Items<br>Kitchen Items<br>Microwave Oven<br>Office Furniture<br>TV/VCR Misc Stereo Equipment | | $450<br>$50<br>$150<br>$50<br>$10<br>$75<br>$175 |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

(916) 545-5087                    , **Debtor(s)**

CASE NO. : _____

(If known)

**Chapter 7**

## SCHEDULE B—PERSONAL PROPERTY
### (Sheet 2)

| TYPE OF PROPERTY | NONE | NOTE: All property is located at residence unless otherwise stated.<br><br>DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint Community Property | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. (Cont'd) Household goods and furnishings, including audio, video and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, and compact disc, and other collections or collectibles. | ☐ | Books | | $200 |
| 6. Wearing Apparel. | ☐ | Clothes/ Family | | $500 |
| 7. Furs and Jewelry. | ■ | | | |
| 8. Firearms, and sports, photographic, and other hobby equipment. | ■ | | | |
| 9. Interests in insurance policies Name insurance company of each policy, and itemize surrender or refund value of each. | ■ | | | |
| 10. Annuities. Itemize and name each issuer. | ■ | | | |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

CASE NO. : _____
(If known)

**Chapter 7**

(916) 545-5087          , **Debtor(s)**

# SCHEDULE B—PERSONAL PROPERTY
## (Sheet 3)

| TYPE OF PROPERTY | NONE | NOTE: All property is located at residence unless otherwise stated.<br><br>DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint Community Property | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ■ | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ■ | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | ■ | | | |
| 14. Government and corporate bonds, and other negotiable and non-negotiable instruments. | ■ | | | |
| 15. Accounts Receivable. | ■ | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ■ | | | |
| 17. Other liquidated debts owing debtor, including tax refunds. Give particulars. | ■ | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ■ | | | |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

CASE NO. : _____

(916) 545-5087          , **Debtor(s)**

(If known)

**Chapter 7**

## SCHEDULE B—PERSONAL PROPERTY
### (Sheet 4)

| TYPE OF PROPERTY | NONE | NOTE: All property is located at residence unless otherwise stated.<br>DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint<br>Community Property | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Contingent and noncontingen interests in estate of a decadent, death benefit plan, life insurance policy, or trust. | ■ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ■ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ■ | | | |
| 22. Licenses, franchises, anc other general intangibles Give particulars. | ■ | | | |
| 23. Automobiles, trucks, trailers and other vehicles and accessories. | ☐ | 1985 Ford C 600 at 140k Miles<br>1987 Ford E 350 at 238 K Miles<br>1990 Ford E 350 at 250k Miles | | $3,000<br>$2,000<br>$5,000 |
| 24. Boats, motors, and accessories. | ■ | | | |
| 25. Aircraft and accessories. | ■ | | | |
| 26. Office equipment, furnishings, and supplies. | ☐ | Fax Machine/Copier & Telephone | | $170 |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

(916) 545-5087          , Debtor(s)

CASE NO. : _____

(If known)

**Chapter 7**

## SCHEDULE B—PERSONAL PROPERTY
### (Sheet 5)

| TYPE OF PROPERTY | NONE | NOTE: All property is located at residence unless otherwise stated. DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint Community Property | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | ■ | | | |
| 28. Inventory. | ■ | | | |
| 29. Animals. | ■ | | | |
| 30. Crops—growing or harvested. Give particulars. | ■ | | | |
| 31. Farming equipment and implements. | ■ | | | |
| 32. Farm supplies, chemicals and feed. | ■ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | ☐ | Moving Dollies & Blankets | | $200 |
| | | Water Pump | | $200 |

0  continuation sheet(s) attached

**Total ➡** | **$12,599**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

(916) 545-5087          , **Debtor(s)**

CASE NO. : _____

(If known)

**Chapter 7**

# SCHEDULE C—PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check One Box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceeding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY |
|---|---|---|---|
| Ck # 0370421729/6357267996 @Wells Fargo | C.C.P.703.140(b)(5) | $64 | $64 |
| Ck #1417779994 @First Bank | C.C.P.703.140(b)(5) | $5 | $5 |
| Nielson Properties/Landlord | C.C.P.703.140(b)(5) | $300 | $300 |
| Bedroom, Living & Dining Room Items | C.C.P.703.140(b)(3) | $450 | $450 |
| Home Electronics | C.C.P.703.140(b)(3) | $50 | $50 |
| Household & Houseware Items | C.C.P.703.140(b)(3) | $150 | $150 |
| Kitchen Items | C.C.P.703.140(b)(3) | $50 | $50 |
| Microwave Oven | C.C.P.703.140(b)(3) | $10 | $10 |
| Office Furniture | C.C.P.703.140(b)(3) | $75 | $75 |
| TV/VCR Misc Stereo Equipment | C.C.P.703.140(b)(3) | $175 | $175 |
| Books | C.C.P.703.140(b)(3) | $200 | $200 |
| Clothes/ Family | C.C.P.703.140(b)(3) | $500 | $500 |
| 1985 Ford C 600 @140k Miles | C.C.P.703.140(b)(5) | $3,000 | $3,000 |
| 1987 Ford E 350 @238 K Miles | C.C.P.703.140(b)(5) | $2,000 | $2,000 |
| 1990 Ford E 350 @250k Miles | C.C.P.703.140(b)(2) | $2,400 | $5,000 |
| . | C.C.P.703.140(b)(5) | $2,600 | $5,000 |
| Fax Machine/Copier & Telephone | C.C.P.703.140(b)(6) | $170 | $170 |
| Moving Dollies & Blankets | C.C.P.703.140(b)(5) | $200 | $200 |
| Water Pump | C.C.P.703.140(b)(5) | $200 | $200 |

© 1999 Aaron Hastings          Schedule C Supplement is Not Attached          0 continuation sheet(s) attached.

In re:

Jaen, Ulysses N.          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

CASE NO. : _____

(If known)

**Chapter 7**

(916) 545-5087          **, Debtor(s)**

# SCHEDULE D—CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled '"Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. # | | | | | | | | |
| | | | Value | | | | | |
| Acct. # | | | | | | | | |
| | | | Value | | | | | |
| Acct. # | | | | | | | | |
| | | | Value | | | | | |
| Acct. # | | | | | | | | |
| | | | Value | | | | | |
| Acct. # | | | | | | | | |
| | | | Value | | | | | |

o  continuation sheet(s) attached

| | |
|---|---|
| Subtotal (Total of this page) | |
| Total (Use only on last page) | |

Report total also on Summary of Schedules

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

(916) 545-5087                    **, Debtor(s)**

CASE NO. : _____
                    (If known)
                    **Chapter 7**

# SCHEDULE E—CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507 (a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507 (a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a)(6).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507 (a)(7).

© 1999 Aaron Hastings

1  continuation sheet(s) attached

In re:

Jaen, Ulysses N.        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

(916) 545-5087                    , Debtor(s)

CASE NO. : _____

(If known)

Government Claims

TYPE OF PRIORITY

# SCHEDULE E—CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Acct. # 44174210 <br><br> EDD <br> P O Box 826 806 <br> Sacramento, CA 94206 | | | '93-'95; EDD | | | | $40,000 | $40,000 |
| Acct. # 554750470 <br><br> FTB Special Procedures <br> P.O. Box 1468 <br> Sacramento, CA 95807 | | | 1998; Taxes | | | | $150 | $150 |
| Acct. # 554750470 <br><br> Special Proc. IRS Insolv. Unit <br> Stop 5A5335 P.O. Box 2900 <br> Sacramento, CA 95812 | | | 1998; Taxes | | | | $1,500 | $1,500 |
| Acct. # | | | | | | | | |
| Acct. # | | | | | | | | |
| Acct. # | | | | | | | | |
| Acct. # | | | | | | | | |
| Acct. # | | | | | | | | |

Sheet 1 of 1 continuation sheet attached

| | |
|---|---|
| Subtotal (Total of this page) | $41,650 |
| Total (Use only on last page) | $41,650 |

© 1999 Aaron Hastings

Report total also on Summary of Schedules

In re:

Jaen, Ulysses N.          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

(916) 545-5087          , **Debtor(s)**

CASE NO. : _____

(If known)

**Chapter 7**

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D or E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community Property."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| _Acct. #_ 5398430022059511<br>A T And T<br>P.O. Box 6018<br>The Lakes, NV 88901 | | | 1998; Credit | | | | $3,552 |
| _Acct. #_ 4024004669065159<br>Bank Of America<br>P.O. Box 53105<br>Phoenix, AZ 85072 | | | 11/96; Credit | | | | $6,039 |
| _Acct. #_ 4356550004336497<br>Bank Of America<br>Nations Bank P.O. Box 85350<br>Louisville, KY 40285 | | | 1/97; Credit | | | | $3,035 |
| _Acct. #_ Unknown<br>Budget Rent A Car<br>720 Sutter Ave<br>W Sacramento, CA 95691 | | | Date Unk; Credit | | | | $4,000 |
| _Acct. #_ 4121741551002616856<br>Capital One<br>P O Box 26074<br>Richmond, VA 23260 | | | 1/99; Credit Card | | | | $256 |

3   continuation sheet(s) attached

Subtotal (Total of this page)          $16,882

Total (Use only on last page)

© 1999 Aaron Hastings          Report Total Also On Summary of

In re:

Jaen, Ulysses N.                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

(916) 545-5087                          , Debtor(s)

CASE NO. : _____

(If known)

**Chapter 7**

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. # 303500 <br> CDS Moving Equipment <br> 375 West Manville St <br> Compton, CA 90220 | | | Date Unk; Credit | | | | $655 |
| Acct. # 4226610000577052 <br> Chase <br> P.O. Box 30755 <br> Tampa, FL 33630 | | | 1/98; Credit Card | | | | $5,096 |
| Acct. # 7215117 <br> D And P Auto Sales <br> 141 Delta Breeze Ct <br> Roseville, CA 95747 | | | 5/99; Damage Bill | | | | $1,500 |
| Acct. # 5458001204096246 <br> Direct Merchants Bank <br> P O Box 21222 <br> Tulsa, OK 74121 | | | 1999; Credit | | | | $3,250 |
| Acct. # 962015 <br> Ernie's Fuel <br> 28727 Pacific Hwy So <br> Federal Way, WA 98003 | | | 1/98; Credit | | | | $122 |
| Acct. # 100393 <br> Farmer's <br> C/O Kenneth Turner Esq 2057 Forest Ave #3 <br> Chico, CA 95928 | | | 6/99; Claim Over 10,000 | | | | $10,000 |
| Acct. # 5170610244751 <br> Home Depot <br> P O Box 105980 Dept 51 <br> Atlanta, GA 30348 | | | Date Unk; Credit | | | | $467 |
| Acct. # 7102152000312653 <br> Kmart Household Bank <br> P.O. Box 7023 <br> Anaheim, CA 92850 | | | 1998; Credit | | | | $1,061 |

Sheet 1 of 3    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $22,151

Total (Use only on last page)

© 1999 Aaron Hastings

Report Total Also On Summary of

In re:

Jaen, Ulysses N.          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

(916) 545-5087          , Debtor(s)

CASE NO. : _____

(If known)

**Chapter 7**

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. # 78471588581<br>Mervyns<br>P O Box 59280<br>Minneapolis, MN 55459 | | | 6/97; Credit | | | | $833 |
| Acct. # 834351781<br>Montgomery Wards<br>P O Box 105997<br>Atlanta, GA 30353 | | | 4/98; Credit | | | | $629 |
| Acct. # 6011617214016508<br>Office Max Consumer Credit<br>P.O. Box 5174<br>Sioux Falls, SD 57117 | | | 1998; Credit | | | | $760 |
| Acct. # 6009200001933450<br>Pep Boys<br>P.O. Box 15290<br>Wilmington, DE 19886 | | | 1998; Credit | | | | $1,577 |
| Acct. # 4479452723503808<br>Providian Payment Processing<br>P O Box 371444<br>Pittsburgh, PA 15250 | | | 1998; Credit | | | | $1,016 |
| Acct. # 96AM10107<br>Robert Vaughan<br>11849 Kemper Rd #1<br>Aburn, CA 95602 | | | 5/21/98; Pending Suit | | | | $1 |
| Acct. # 0056554089948<br>Sears<br>Collection Center P.O. Box 182149<br>Columbus , OH 43218 | | | 11/98; Credit Card | | | | $1,193 |
| Acct. # 98A500606<br>Sherman Rogers<br>740 East Tulare Ave Box 1058<br>Tulare, CA 93275 | | | 2/6/98; Pending Suit | | | | $1 |

Sheet 2 of 3   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          $6,010

Total (Use only on last page)

© 1999 Aaron Hastings

Report Total Also On Summary of

In re:

Jaen, Ulysses N.            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

(916) 545-5087                   , Debtor(s)

CASE NO. : _____
(If known)

**Chapter 7**

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. # 845373104 <br> Sprint <br> P.O. Box 792555 <br> City Of Industry, CA 91716 | | | 5/99; Utilities | | | | $834 |
| Acct. # 980413485590 <br> Target National Bank Card <br> P O Box 59231 <br> Minneapolis, MN 55459 | | | 1998; Credit | | | | $404 |
| Acct. # | | | | | | | |
| Acct. # | | | | | | | |
| Acct. # | | | | | | | |
| Acct. # | | | | | | | |
| Acct. # | | | | | | | |
| Acct. # | | | | | | | |

Sheet 3 of 3  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      $1,238

Total (Use only on last page)      $46,281

© 1999 Aaron Hastings

Report Total Also On Summary of

In re:

Jaen, Ulysses N.      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

(916) 545-5087     , **Debtor(s)**

CASE NO. : _____

(If known)

**Chapter 7**

# SCHEDULE G—EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER FOR ANY GOVERNMENT CONTRACT |
|---|---|
| | |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

(916) 545-5087          **, Debtor(s)**

CASE NO. : _____
             (If known)
          **Chapter 7**

# SCHEDULE H—CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, who is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR(S) |
|---|---|
|  |  |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.      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

(916) 545-5087      **, Debtor(s)**

CASE NO. : _____

(If known)

**Chapter 7**

# SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | | | | |
|---|---|---|---|---|---|---|
| | **Name** | **Age** | **Relationship** | **Name** | **Age** | **Relationship** |
| Single | Alyssa Jaen | 2 | Daughter | | | |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Deliveries | |
| Name of Employer | Cal Pro Transportation | N/A |
| How long employed? | 10 yrs | |
| Address of Employer | 9175 Kiefer Blvd #170 Sacramento, CA | |

**Income (Estimate of average monthly income):**

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0 | $ | 0 |
| Estimated monthly overtime | $ | 0 | $ | 0 |
| SUBTOTAL | $ | 0 | $ | 0 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0 | $ | 0 |
| b. Insurance | $ | 0 | $ | 0 |
| c. Union dues | $ | 0 | $ | 0 |
| d. Other (Specify) _____ | $ | 0 | $ | 0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0 | $ | 0 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0 | $ | 0 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0 | $ | 0 |
| Income from real property | $ | 0 | $ | 0 |
| Interest and dividends | $ | 0 | $ | 0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0 | $ | 0 |
| Social security or other government assistance (Specify) _____ | $ | 0 | $ | 0 |
| Pension or retirement income | $ | 0 | $ | 0 |
| Other monthly income (Specify) Business | $ | 1,000 | $ | 0 |
| _____ | $ | 0 | $ | 0 |
| _____ | $ | 0 | $ | 0 |
| TOTAL MONTHLY INCOME | $ | 1,000 | $ | 0 |

TOTAL COMBINED MONTHLY INCOME _____ $1,000 _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document. Will Decrease To No Income As Business Finishes.

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

(916) 545-5087                    , Debtor(s)

CASE NO. : _____
                    (If known)
                    **Chapter 7**

# SCHEDULE J—CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 450 |
| Are real estate taxes included?   Yes _____  No _____ | | |
| Is property insurance included?   Yes _____  No _____ | | |
| Utilities:   Electricity and heating fuel | $ | 50 |
| Water and sewer | $ | 0 |
| Telephone | $ | 175 |
| Other _____ | $ | 0 |
| Home Maintenance (Repairs and upkeep) | $ | 0 |
| Food | $ | 275 |
| Clothing | $ | 50 |
| Laundry and dry cleaning | $ | 20 |
| Medical and dental expenses | $ | 0 |
| Transportation (not including car payments) | $ | 200 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 38 |
| Charitable contributions | $ | 0 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0 |
| Life | $ | 0 |
| Health | $ | 0 |
| Auto | $ | 100 |
| Other _____ | $ | 0 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0 |
| Other _____ | $ | 0 |
| Other _____ | $ | 0 |
| Alimony, maintenance, and support paid to others | $ | 0 |
| Payments for support of additional dependents not living at your home | $ | 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,000 |
| Other _____ | $ | 2,358 |
| TOTAL MONTHLY EXPENSES  (Report also on Summary of Schedules) | $ | 4,716 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested belo and indicate the frequency of Plan Payments

| | | |
|---|---|---|
| A. Total Projected Monthly Income | $ | 0 |
| B. Total Projected Monthly Expenses | $ | 0 |
| C. Excess Income (A minus B) | $ | 0 |
| D. Total Amount to be Paid Into Plan _____ (Interval) | $ | 0 |

© 1999 Aaron Hastings

In re:

Jaen, Ulysses N.          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

                    , Debtor(s)

CASE NO. : _____

                    (If known)
                    **Chapter 7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR(S)

I declare under penalty of perjury that I have read the foregoing Summary and Schedules consisting of _____19_____ sheets,
and that they are true and correct to the best of my knowledge, information and belief.          (Total shown on Summary page plus 1)

Date: _____          Signature X _____
                                      Debtor          Ulysses N. Jaen

Date: _____          Signature X X _____
                                      Joint Debtor

                    (If JOINT case, both spouses must sign)

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____N/A_____ , the _____N/A_____ of the Corporation named as debtor in this case, declare under penalty of perjury that I
have read the foregoing Summary and Schedules, consisting of _____ sheets, and that they are true and correct to
the best of my knowledge, information, and belief.          (Total shown on Summary page plus 1)

Date: _____N/A_____          Signature _____N/A_____

                                      _____N/A_____
                                      (Print or type name of individual signing on behalf of debtor)

                    Title _____N/A_____

        (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

┌──────────────────────────────────────────────────────────────┐
│ **PREPARER'S CERTIFICATION IS LOCATED AT EXHIBIT "D" OF CERTIFICATION** │
│ **REGARDING EMPLOYMENT OF NON ATTORNEY BANKRUPTCY PETITION PREPARER** │
└──────────────────────────────────────────────────────────────┘

*Penalty for making a false statement or concealing property : Fine of up to $5,000 or imprisonment for up to 5 years or both. 18 USC § 152.*

© 1999 Aaron Hastings          **ORIGINAL     SIGNATURE PAGE**

# United States Bankruptcy Court
## Eastern District of California

In re:

Jaen, Ulysses N.          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

(916) 545-5087                    **, Debtor(s)**

CASE NO. : _____
(If known)

**FORM 7. STATEMENT OF FINANCIAL AFFAIRS**
## Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101 (30).

---

### 1. Income from employment or operation of business

**None**
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state the income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Period | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1/1/99–Present | Amount | Source | Amount | Source |
| | $6,000 | Employment | | |
| 1998 | $12,000 | Employment | | |
| 1997 | $12,000 | Employment | | |

© 1999 Aaron Hastings

## 2. Income other than from employment or operation of business

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state the income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Period | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| | Amount | Source | Amount | Source |
| 1/1/99–Present | | | | |
| 1998 | | | | |
| 1997 | | | | |

## 3. Payments to creditors

None ■ **a.** List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ■ **b.** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

## 4. Suits, executions, garnishments and attachments

None ❑ **a.** List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS AND DISPOSITION |
|---|---|---|---|
| Farmer's Vs Jaen 99As023320 | Complaint For Money | Superior Court Sacramento, Calif. | Pending |
| Sherman Rogers Vs Jaen 98A500606 | Complaint For Money | Municipal Court Sacramento, Calif. | Pending |
| Vaughan Vs Jaen 96AM10107 | Complaint For Money | Municipal Court Sacramento, Calif. | Pending |

None ■ **b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION OF PROPERTY | PROPERTY VALUE |
|---|---|---|---|

## 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION OF PROPERTY | PROPERTY VALUE |
|---|---|---|---|

## 6. Assignments and receiverships

None ■ **a.** Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT; CASE, TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION OF PROPERTY | PROPERTY VALUE |
|---|---|---|---|---|

## 7. Gifts

**None** List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION OF GIFT | VALUE OF GIFT |
|---|---|---|---|---|
| Sierra Childrens Home Sacramento, CA | None | 12/98 | Truck, Misc | $5,000 |

## 8. Losses

**None** List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION OF PROPERTY | PROPERTY VALUE | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | | DATE OF LOSS |
|---|---|---|---|---|
| Mechanic Tools & Equipment | $3,000 | Theft Burglarized & Vandalized | No | 4/1/99 |

**None**  **9. Payments related to debt counseling or bankruptcy**

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY, OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Court Forms     57-1949593 | 6/9/99 | | $125 |
| 1333 Howe Ave #100 Sacramento, CA 95825 | | | Prep Petition. Acct Pd. |

**None**  **10. Other transfers**

■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE AND RELATIONSHIP TO DEBTOR | DATE OF TRANSFER | DESCRIPTION OF PROPERTY | PROPERTY VALUE |
|---|---|---|---|

**None**  **11. Closed financial accounts**

■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperative, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT | ACCOUNT NUMBER | FINAL BALANCE | AMOUNT OF SALE | DATE OF SALE OR CLOSING |
|---|---|---|---|---|---|

None **12. Safe deposit boxes**

■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

None **13. Setoffs**

■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

None **14. Property held for another person**

■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION OF PROPERTY | PROPERTY VALUE | LOCATION OF PROPERTY |
|---|---|---|---|

None **15. Prior address of debtor**

❑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY | |
|---|---|---|---|
| 7208 Linda Vista Dr Citrus Heights, CA | Same | 8/97 | 12/98 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

### 16. Nature, location and name of business

None ☐

**a.** If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

**b.** If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

**c.** If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION | |
|------|---------|--------------------|----------------------|---|
| Cal Pro | 9175 Kiefer Blvd #170 Sacramento, CA 9: | Delivery Service | 6/6/89 | 4/15/99 |

### 17. books, records and financial statements

None ☐

**a.** List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICE RENDERED |
|------------------|------------------------|
| Cash And Tax<br>Tribune Road, Sacramento, CA | Since '94 |

None ☐

**b.** List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICE RENDERED |
|------------------|------------------------|
| Self<br>Same | N/A |

None ☐ **c.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Weight Tax Services | Tribute Rd Sacramento, CA |
| | Books Available |

None ☐ **d.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATES SERVICE RENDERED |
| --- | --- |
| TRW | . |
| Torrance , CA | |

## 18. Inventories

None ■ **a.** List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventor.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■ **b.** List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 19. Current partners, officers, directors and stockholders

None ■ **a.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None **b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

|                  |       | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP    |

None **20. Former partners, officers, directors and shareholders**

**a.** If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None **b.** If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

None **21. Withdrawals from a partnership or distributions by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS |                  | AMOUNT OF MONEY       |
| OF RECIPIENT;    | DATE AND PURPOSE | OR DESCRIPTION        |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | AND VALUE OF PROPERTY |

# DECLARATION CONCERNING STATEMENT OF FINANCIAL AFFAIRS

{If completed by an individual debtor or individual debtor and spouse}

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR(S)

I declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

Date: 6 33 ≤5     Signature **X** _____
                             Debtor          Ulysses N. Jaen

Date: _____     Signature **X X** _____
                                        Joint Debtor

(If JOINT case, both spouses must sign)

.......................................................................................................................................................................................................

{If completed on behalf of a partnership or corporation}

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____N/A_____     Signature _____N/A_____

                                        _____N/A_____
                                (Print or type name of individual signing on behalf of debtor)

                          Title _____N/A_____

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

---

> **PREPARER'S CERTIFICATION IS LOCATED AT EXHIBIT "D" OF CERTIFICATION REGARDING EMPLOYMENT OF NON ATTORNEY BANKRUPTCY PETITION PREPARER**

---

   0   continuation sheet(s) attached

*Penalty for making a false statement or concealing property : Fine of up to $5,000 or imprisonment for up to 5 years or both. 18 USC § 152.*

© 1999 Aaron Hastings          **ORIGINAL     SIGNATURE PAGE**

# United States Bankruptcy Court
## Eastern District of California

In re:

Jaen, Ulysses N.                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

(916) 545-5087

, Debtor(s)

CASE NO. : _____

(If known)

**FORM 8. CHAPTER 7 INDIVIDUAL
DEBTOR(S) STATEMENT OF INTENTION**

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intentions with respect to the property of the estate which secures those consumer debts are as follows:

### a. Property to be surrendered.

| Description of Property | Creditor's Name |
|---|---|
| 1. None | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### b. Property to be retained. (Check applicable statement of debtor(s)' intention concerning reaffirmation, redemption, or lien avoidance.)

| Description of Property | Creditor's Name | Debt will be reaffirmed pursuant to §524(c) | Property is claimed as exempt and will be redeemed pursuant to §722 | Lien will be avoided pursuant to §522(f) and property will be claimed as exempt |
|---|---|---|---|---|
| 1. None | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

3. I understand that §521(2)(B) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court or within such additional time as the court, for cause, within such 45-day period fixes.

Date: _6-30-95_     Signature X _____

Debtor          Ulysses N. Jaen

Date: _____     Signature X X _____

Joint Debtor

NO Continuation Sheets Are Attached

© 1999 Aaron Hastings  **ORIGINAL**  **SIGNATURE PAGE**

PREPARER'S CERTIFICATION IS LOCATED AT EXHIBIT "D" OF CERTIFICATION
REGARDING EMPLOYMENT OF NON ATTORNEY BANKRUPTCY PETITION PREPARER

Court Forms
1333 Howe Ave #100
Sacramento, CA 95825
(800)771-6434

# United States Bankruptcy Court
## Eastern District of California

In re:

Jaen, Ulysses N.          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

(916) 545-5087                    , Debtor(s)

CASE NO. : _____

**Chapter 7**

## §110 DISCLOSURE OF COMPENSATION

1. The undersigned, Aaron Hastings, dba Court Forms, is a bankruptcy petition preparer within the meaning of Title 11 USC §110 and submits this disclosure pursuant to 11 USC §110(h)(1).

2. Preparer has received or shall receive as compensation for services rendered for the documents prepared fees of $105 plus aggregate costs of $20. In addition,charges for charges and/or amendments not attributable to the error or ommission of Preparer amounted to $0. The total of compensation is $125.

3. The documents prepared are as follows:

Schedules List ————————————

| Schedule | Totals | No. Sheets |
|----------|--------|-----------|
| A | $0 | 1 |
| B | $12,599 | 5 |
| C | $0 | 1 |
| D | $0 | 1 |
| E | $41,650 | 2 |
| F | $46,281 | 4 |
| G | | 1 |
| H | | 1 |
| I | $1,000 | 1 |
| J | $4,716 | 1 |

Statements List ————————

| | |
|---|---|
| Stmt of Financial Affairs | 10 Sheets Attached |
| Statement of Intention | 1 Sheet Attached |
| Cover Sheet & Matric | 5 Sheets Attached |
| §110 Disclosure | 2 Sheets Attached |
| Debtor's Statement | 1 Sheet Attached |
| Decl. of Non Filing Spouse | Not Attached |

4. DESCRIPTION OF EXTRAORDINARY CIRCUMSTANCES
    Exceptions: None—Standard Case.

EXHIBIT "D" PREPARER'S CERTIFICATION OF DOCUMENTS FOR FILING (11 USC §110(b),(c))
The undersigned preparer declares that Debtor(s)' SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF INTENTION, CREDITOR MATRIX, and/or DECLARATION OF NON FILING SPOUSE, if attached, have been prepared in accordance with §110 Title 11 USC, with the FRBP, and with the Local Rules of this District.

☒ Check this box if possible irregularities exist that were noted and brought to Debtor(s)' attention at the time Debtor(s)' documents were presented for signature.

Preparer declares under penalty of perjury that the information provided herein is true and correct, and that if called to testify preparer would so state.

Dated: 6 05 99          X _____
                          Aaron Hastings ID#57-1949593
                          Bankruptcy Petition Preparer

© 1999 Aaron Hastings     **ORIGINAL    SIGNATURE PAGE**          §110 Disclosure Page 1 of 1

# United States Bankruptcy Court
### Eastern District of California

In re:

Jaen, Ulysses N.

, Debtor(s)

CASE NO. : _____

**Chapter 7**

## STATEMENT BY DEBTOR NOT REPRESENTED BY AN ATTORNEY

1. My bankruptcy papers were prepared in whole or in part by Court Forms 1333 Howe Ave #100 Sacramento, CA 95825 (800)771-6434. Court Forms did NOT assist me in my decision to file bankruptcy or in completing the informational questionnaires used by Court Forms to prepare my bankruptcy forms.

2. I have paid or have agreed to pay Court Forms, as compensation for services rendered for the documents prepared, a service fee of $105 plus aggregate costs of $20. If applicable, I have also paid or have agreed to pay Court Forms an additional $0 to prepare, at my request, a second petition, amendment, and/or other documents for filing occasioned by my error, omission, negligence, delay, or change in circumstances.

3. The services provided consisted of preparing my documents for filing from the information I submitted. Certain clerical and secretarial services were also rendered in connection with my case, and I was also provided with general written information on completing the forms. The services rendered did NOT include (a) personal help in completing my bankruptcy papers or in figuring my exemptions, (b) legal advice or opinions, or (c) the exercise of legal discretion by Court Forms over any aspect of my bankruptcy case.

4. I was given a copy of my bankruptcy papers at the same time I received the originals from Court Forms. I did not pay Court Forms any portion of the Court Filing Fee. I was not told I could pay my court filing fee in instalments.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6 / 30 / 99          x _____
                                              Debtor          Jaen, Ulysses N.

xx _____
        Joint Debtor

© 1999 Aaron Hastings     **ORIGINAL     SIGNATURE PAGE**     Debtor's Statement Page 1 of 1

Court Forms
1333 Howe Ave #100
Sacramento, CA 95825
(800)771-6434

# United States Bankruptcy Court
## Eastern District of California

In re:

Jaen, Ulysses N.

CASE NO. : _____

**Chapter 7**

_____ , **Debtor(s)**

## NOTICE TO DEBTOR CONCERNING BANKRUPTCY PETITION PREPARERS

Bankruptcy petition preparers are non-attorneys who are not authorized to practice law or give legal advice. NOTICE IS HEREBY GIVEN that the Court has issued the attached Bankruptcy Petition Preparer Guidelines governing the work performed by bankruptcy petition preparers in Eastern District of California cases.

Under the Guidelines, a bankruptcy petition preparer must give the debtor a copy of this notice before taking any money or property from the debtor or on behalf of the debtor for payment and before preparing any papers for filing in the bankruptcy court. The debtor and the bankruptcy petition preparer must sign a copy of this Notice in the spaces provided below. A copy must be furnished to the debtor by the bankruptcy petition preparer, and the original plus four copies must be filed with the Bankruptcy Court.

California law prohibits any non-attorney from rendering legal advice. Legal advice includes, but is not limited to, advice concerning the following:

- Whether to file bankruptcy and the chapter under which the petition should be filed;
- Whether debts will be eliminated, or "discharged," in a bankruptcy case;
- Whether the debtor will be able to keep their home after filing a bankruptcy case;
- The tax consequences of filing a bankruptcy case;
- Whether the debtor should promise to repay, or "reaffirm," a debt; and
- The exemptions available in bankruptcy, and what property can be claimed as exempt.

Unless approved by the court, a bankruptcy petition preparer may not charge the debtor more than $125 for preparing a bankruptcy petition, including expenses (such as photocopies, postage, telephone charges, and courier services). This fee does not include the petition filing fee. The filing fee must be paid directly to the Clerk of Court by the debtor.

The attached Guidelines contain additional restrictions. The debtor shall read the Guidelines in order to know what the Court requires of bankruptcy petition preparers. Debtors with questions concerning bankruptcy petition preparers, or who believe that the guidelines have been violated, should contact the appropriate office of the U.S. Trustee (Sacramento: (916) 498-5990; Fresno/Modesto: (209) 498-7400).

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

---

DEBTOR(S)' CERTIFICATION  I (We), the undersigned debtor(s) in the above-captioned case, have read and understand the foregoing information, and have received a copy of the Guidelines.

Date: _5-30-99_   X _____   XX _____

Debtor   Jaen, Ulysses N.      Joint Debtor

BANKRUPTCY PETITION PREPARER'S CERTIFICATION
I hereby certify under penalty of perjury that I am the bankruptcy petition preparer who has assisted the debtor(s) in filing the above-captioned case. I have not charged the debtor(s) any unwarranted fees in excess of the amount allowed in Guideline 2 nor have I advised the debtor concerning any of the matters referred to in Guideline 1.

Date: _6/25/99_   X _____

Aaron Hastings ID#57-1949593
Bankruptcy Petition Preparer

© 1999 Aaron Hastings   **ORIGINAL    SIGNATURE PAGE**