LAW OFFICES
# Bass & Associates
A PROFESSIONAL CORPORATION

BUCKHEAD CENTRE
SUITE 622
2970 PEACHTREE ROAD, N.W.
ATLANTA, GEORGIA 30305

TELEPHONE
(404) 237-7699
(800) 277-0088
FACSIMILE
(404) 237-8014

09/09/99

U. S. Bankruptcy Court
650 Capital
Sacramento      CA    95814

FILED
SEP 20 1999
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:   Jaen N Ulysses

Client:  HRS USA FKA BNB USA
Case No: 99-28800
Account: 7102152000312653

REQUEST FOR NOTICE

Dear Sir or Madam:

Bass & Associates, P.C., represents HRS USA FKA BNB USA in the above captioned matter. We respectfully request to be notified in the event there are assets that will be liquidated and distributed among creditors. Please notify us if and when a proof of claim needs to be filed.

Thank you for your kind assistance.

Sincerely,

Bass & Assocites, P.C.

/dp