FORM BL/L55 Order of Discharge (Rev. 10/98)

99 - 28800-C-7

UNITED STATES BANKRUPTCY COURT
Eastern District Of California (Sacramento Division Office )

FILED
09/30/99

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
auto

## DISCHARGE OF DEBTOR

### Case Number: 99 - 28800-C-7

Debtor, Name(s), Social Security Number(s), and Address(es):

**Ulysses Nabal Jaen**
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

PO BOX 9004
CITY OF INDUSTRY, CA 91715
OTHER NAMES USED WITHIN 6 YEARS BEFORE FILING THE PETITION:

Cal Pro

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

(NOTE: The image of this notice in the electronic case file does not include the information printed on the reverse of this page. Please refer to Eastern District of California Form BL/L55 <Rev. 10/98> for the text of the information.)

DATED: 09/30/99

FOR THE COURT
RICHARD G. HELTZEL
CLERK, U.S. BANKRUPTCY COURT

Sacramento Division Office

501 I Street, Suite 3-200
Sacramento, CA 95814

10

000010



**TRACOR**
11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0972-2        User: auto            Page 1 of 1           Date Rcvd: Sep 30, 1999
Case: 99-28800              Form ID: 265          Total Served: 29

The following entities were served by first class mail on Oct 02, 1999.
db       Jaen, Ulysses Nabal,   PO BOX 9004,   CITY OF INDUSTRY, CA 91715
tr       Roberts, John R.,   PO Box 1506,   Placerville, CA 95667-1506
cr       HRS USA,   c/o Bass and Associates,   2970 Peachtree Rd NW #622,   Atlanta, GA 30306
4013972  A T AND T,   P O BOX 6018,   THE LAKES NV 88901
4013973  BANK OF AMERICA,   P O BOX 53105,   PHOENIX AZ 85072
4013974  BANK OF AMERICA,   NATIONS BANK,   P O BOX 85350,   LOUISVILLE KY 40285
4013975  BUDGET RENT A CAR,   720 SUTTER AVE,   W SACRAMENTO CA 95691
4019339  CAPITAL ONE,   P O BOX 26074,   RICHMOND VA 23260
4013976  CDS MOVING EQUIPMENT,   375 WEST MANVILLE ST,   COMPTON CA 90220
4013977  CHASE,   P O BOX 30755,   TAMPA FL 33630
4013978  D AND P AUTO SALES,   141 DELTA BREEZE CT,   ROSEVILLE CA 95747
4019340  DIRECT MERCHANTS BANK,   P O BOX 21222,   TULSA OK 74121
4013979  EDD,   P O BOX 826 806,   SACRAMENTO CA 94206
4013980  ERNIES FUEL,   28727 PACIFIC HWY SO,   FEDERAL WAY WA 98003
4013981  FARMERS,   C O KENNETH TURNER ESQ,   2057 FOREST AVE 3,   CHICO CA 95928
4013982  FTB SPECIAL PROCEDURES,   P O BOX 1468,   SACRAMENTO CA 95807
4013983  HOME DEPOT,   P O BOX 105980 DEPT 51,   ATLANTA GA 30348
4013984  KMART HOUSEHOLD BANK,   P O BOX 7023,   ANAHEIM CA 92850
4013985  MERVYNS,   P O BOX 59280,   MINNEAPOLIS MN 55459
4013986  MONTGOMERY WARDS,   P O BOX 105997,   ATLANTA GA 30353
4013987  OFFICE MAX CONSUMER CREDIT,   P O BOX 5174,   SIOUX FALLS SD 57117
4013988  PEP BOYS,   P O BOX 15290,   WILMINGTON DE 19886
4013989  PROVIDIAN PAYMENT PROCESSING,   P O BOX 371444,   PITTSBURGH PA 15250
4013990  ROBERT VAUGHAN,   11849 KEMPER RD 1,   ABURN CA 95602
4013991  SEARS,   COLLECTION CENTER,   P O BOX 182149,   COLUMBUS OH 43218
4013992  SHERMAN ROGERS,   740 EAST TULARE AVE BOX 1,   TULARE CA 93275
4013993  SPECIAL PROC IRS INSOLV UNIT,   STOP SA5335,   P O BOX 2900,   SACRAMENTO CA 95812
4013994  SPRINT,   P O BOX 792555,   CITY OF INDUSTRY CA 91716
4013995  TARGET NATIONAL BANK CARD,   P O BOX 59231,   MINNEAPOLIS MN 55459

The following entities were served by electronic transmission on Sep 30, 1999 and receipt of the transmission
was confirmed on:
4013993  IRS.COM Sep 30 1999 23:05:27    SPECIAL PROC IRS INSOLV UNIT,   STOP SA5335,   P O BOX 2900,
         SACRAMENTO CA 95812
                                                                                    TOTAL: 1

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4153387* HRS USA,   c/o Bass and Associates,   2970 Peachtree Rd NW #622,   Atlanta, GA 30306
                                                                                    TOTALS: 0, * 1
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Oct 02, 1999          Signature: *Joseph Speetjens*